# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KENNETH Z. SLATER, as Manager of KT Investments, LLC, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS, ANN DRUE M. ANDERSON, DAVID A. ATER, JOSEPH H. BADAL, ELIOT R. CUTLER, MICHAEL B. JEFFERS, IKE KALANGIS, OWEN M. LOPEZ, FRANCIS I. MULLIN, III, STUART C. SHERMAN, and THORNBURG MORTGAGE, INC.,<br><br>      Defendants. | No. CIV 07-815 JB/WDS |
| ELAINE SNYDMAN, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>THORNBURG MORTGAGE, INC., GARRETT THORNBURG, LARRY A. GOLDSTONE, and CLARENCE G. SIMMONS,<br><br>      Defendants. | No. CIV 07-1025 JEC/RHS |

[Captions continued on next page]

**ORDER CONSOLIDATING RELATED ACTIONS,
APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| DENIS ROY GONSALVES and DAVID SEDLMYER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS, ANN-DRUE M. ANDERSON, DAVID A. ATER, JOSEPH H. BADAL, ELLIOT R. CUTLER, MICHAEL B. JEFFERS, IKE KALANGIS, OWEN M. LOPEZ, FRANCIS I. MULLIN, III, STUART C. SHERMAN and THORNBURG MORTGAGE, INC.,<br><br>　　　　　　　　Defendants. | No. CIV 07-1069 MV/WDS |
| DONALD SMITH, on behalf of plaintiff and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THORNBURG MORTGAGE, INC., GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS and JOSEPH H. BADAL,<br><br>　　　　　　　　Defendants. | No. CIV 07-1115 MCA/RLP |

　　　　Upon reviewing the parties' submissions and plaintiffs' Stipulation to Consolidate Related Actions, to Appoint Lead Plaintiff, and to Approve Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel, and good cause appearing therefore, the Court hereby Orders as follows:

　　　　1.　　　The above-captioned related actions, and all subsequently-filed related actions, shall be consolidated in this District under the caption: *In re Thornburg Mortgage, Inc. Sec. Litig.*, Case

No. CIV 07-815 JB/WDS.

2.	W. Allen Gage, individually and on behalf of J. David Wrather, Harry Rhodes, FFF Investments, LLC, Robert Ippolito, individually and as Trustee for the Family Limited Partnership Trust, and Nicholas F. Aldrich, Sr., individually and behalf of the Aldrich Family are the most adequate plaintiffs and are hereby appointed to serve as Lead Plaintiff.

3.	Lead Plaintiff's selection of Schiffrin Barroway Topaz & Kessler, LLP and Wolf Haldenstein Adler Freeman & Herz LLP are hereby approved to serve as Co-Lead Counsel, and the Branch Law Firm is approved to serve as Liaison Counsel.

IT IS SO ORDERED.

DATED: February 8, 2008

_____
UNITED STATES DISTRICT JUDGE