# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE THORNBURG MORTGAGE, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>    ALL ACTIONS | Case No. CIV 07-815 JB/WDS |

## MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT BY DEFENDANTS THORNBURG MORTGAGE, INC., GARRETT THORNBURG, LARRY A. GOLDSTONE, JOSEPH H. BADAL, PAUL G. DECOFF, CLARENCE D. SIMMONS, ANNE-DRUE M. ANDERSON, DAVID A. ATER, ELIOT R. CUTLER, IKE KALANGIS, OWEN M. LOPEZ, FRANCIS I. MULLIN, JR., AND STUART C. SHERMAN

COME NOW defendants Thornburg Mortgage, Inc. ("Thornburg"), Garrett Thornburg, Larry A. Goldstone, Joseph H. Badal, Paul G. Decoff, Clarence D. Simmons, Anne-Drue M. Anderson, David A. Ater, Eliot R. Cutler, Ike Kalangis, Owen M. Lopez, Francis I. Mullin, Jr., and Stuart C. Sherman (the "Thornburg Defendants"), who by and through their counsel of record, Thompson, Hickey, Cunningham, Clow & April, P.A. (David F. Cunningham), Rubin Katz Law Firm, P.C. (Frank T. Herdman), and Heller Ehrman LLP (Robert B. Hubbell, Robert G. Badal, Jeffrey A. Richmond, and Paul B. Foust) move this Court for an order dismissing plaintiffs' consolidated amended complaint ("CAC").

The motion is based on Rules 12(b)(6) and 8(a) of the Federal Rules of Civil Procedure, the provisions of the Securities Exchange Act of 1934, the Securities Act of 1933, and the Private Securities Litigation Reform Act of 1995, and Article III of the United States Constitution. As grounds for the motion, the Thornburg Defendants state as follows:

1. Plaintiffs' first two claims for relief fail because plaintiffs have not alleged with particularity facts supporting a strong inference that each of the defendants sued in connection with those claims acted with intent to deceive, manipulate, or defraud.

2. Plaintiffs' first two claims for relief also fail because plaintiffs have not alleged with particularity facts demonstrating that each of the defendants sued in connection with those claims made statements during the class period regarding Thornburg or its securities that were materially false or misleading when made.

3. Plaintiffs' third, fourth, and fifth claims for relief fail with respect to Thornburg's May 2007 public offering because a lack of causation is evident on the face of the CAC.

4. Plaintiffs' third, fourth, and fifth claims for relief fail with respect to Thornburg's September 2007 and January 2008 public offerings because no lead or named plaintiff has standing to assert such claims.

5. Plaintiffs' third, fourth, and fifth claims for relief fail entirely because plaintiffs have not alleged facts demonstrating that any defendant is responsible for a material misstatement in the relevant offering materials that was false when made, or a material omission of a matter required to be stated or necessary in order to make an affirmative representation not false or misleading when made.

6. Because of the dispositive nature of this motion, the Thornburg Defendants have not requested the plaintiffs' concurrence.

The Thornburg Defendants respectfully direct the Court's attention to the arguments and authorities presented in their supporting memorandum, filed contemporaneously herewith.

WHEREFORE, the Thornburg Defendants request that this Court grant their motion, dismissing all of plaintiffs' claims with prejudice, for their costs of suit, and for such other relief as this Court deems proper.

Dated: September 22, 2008

Respectfully submitted,

THOMPSON, HICKEY, CUNNINGHAM,
 CLOW & APRIL, P.A.


By  /s/ David F. Cunningham
David F. Cunningham (dfc@catchlaw.com)
460 St. Michael's Drive
Santa Fe, New Mexico  87501
Telephone:  (505) 988-2900
Facsimile:  (505) 988-2901

RUBIN KATZ LAW FIRM, P.C.
Frank T. Herdman (fherdman@rubinkatzlaw.com)
123 E. Marcy St., Suite 200
Santa Fe, New Mexico  87501
Telephone:  (505) 982-3610
Facsimile:  (505) 988-1286

HELLER EHRMAN LLP
Robert Hubbell (robert.hubbell@hellerehrman.com)
Robert Badal (robert.badal@hellerehrman.com)
Jeffrey Richmond (jeff.richmond@hellerehrman.com)
Paul Foust (paul.foust@hellerehrman.com)
333 S. Hope Street, 39th Floor
Los Angeles, California  90071
Telephone:  (213) 689-0200
Facsimile:  (213) 614-1868

*Attorneys for Defendants Thornburg Mortgage, Inc.,
Garrett Thornburg, Larry Goldstone,
Clarence Simmons, Anne-Drue Anderson,
David Ater, Joseph Badal, Eliot Cutler,
Ike Kalangis, Owen Lopez,  Francis Mullin,
Stuart Sherman and Paul Decoff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd of September, 2008, I filed the foregoing motion electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert Badal
Robert.badal@hellerehrman.com

Stuart L. Berman
sberman@sbtklaw.com

Turner W. Branch
tbranch@branchlawfirm.com

Aaron L. Brody
abrody@ssbny.com

Tammy D. Cummings
tcummings@sbtklaw.com

Clifford K. Atkinson
cliff@atkinson-thal.com

Gregg Vance Fallick
gvf@fallicklaw.com

Paul B. Foust
paul.foust@hellerehrman.com

Francis M. Gregorek
gregorek@whafh.com

Sean M. Handler
shandler@sbtklaw.com

Frank T. Herdman
fherdman@rubinkatzlaw.com
kbartlett@rubinkatzlaw.com

Robert Hubbell
Robert.hubbell@hellerehrman.com

Charlotte Itoh
citoh@ckelley.com

Cody Kelley
ckelley@ckelleylaw.com

Michelle M. Newcomer
mnewcomer@sbtklaw.com

Jeffrey Richmond
Jeff.richmond@hellerehrman.com

Rachele R. Rickert
Rickert@whafh.com

Richard A. Russo
rrusso@sbtklaw.com

Richard A. Sandoval
rsandoval@branchlawfirm.com

Andrew G. Schultz
aschultz@rodey.com

Evan J. Smith
esmith@brodsky-smith.com

Benjamin J. Sweet
bsweet@sbtklaw.com

Curtis Victor Trinko
ctrinko@trinko.com

Shane C. Youtz
shane@youtzvaldez.com

Nancy Kaboolian
nkaboolian@abbeygardy.com

        /s/ David F. Cunningham