# Thompson, Hickey, Cunningham, Clow & April, P.A. <span>Attorneys and Counselors at Law</span>

Daniel H. April
Janet Clow
David F. Cunningham
John M. Hickey
C.W.N. Thompson, Jr.

Patrick J. Dolan

October 30, 2009

The Honorable James O. Browning
United States District Judge
United States District Court
333 Lomas Boulevard, Suite 660
Albuquerque, New Mexico 87102

Re:   *In re Thornburg Mortgage, Inc. Securities Litigation*
      **Case No. 1:07-CV-00815**

Dear Judge Browning:

We write on behalf of the Officer and Director Defendants[1] in response to the Court's Minute Order dated October 20, 2009 (Docket No. 209), in which the Court asked the parties to supply a status report regarding Thornburg's pending bankruptcy and the prospect of having a Chapter 11 plan submitted to Judge Keir this Fall.

On October 23, 2009, Judge Keir entered an Order granting the Motion of the United States Trustee for an order directing appointment of a Chapter 11 trustee (Docket No. 490 in Case No. 09-17787-DK) (copy attached). On October 28, 2009, Judge Keir appointed Joel I. Sher as the Chapter 11 trustee (Docket No. 506) (copy attached). Until the trustee has had an opportunity to assume control of the affairs of the Debtors, we will not be able to advise the Court as to whether the submission of a Chapter 11 plan is feasible in the Fall of this year.

As a result of recent developments in the bankruptcy proceedings, potential conflicts have arisen that will require the substitution of counsel for some of the named

---

[1] The Officer and Director Defendants include: Garrett Thornburg, Larry A. Goldstone, Joseph H. Badal, Paul G. Decoff, Clarence D. Simmons, Anne-Drue M. Anderson, David A. Ater, Eliot R. Cutler, Ike Kalangis, Owen M. Lopez, Francis I. Mullin, Jr., and Stuart C. Sherman.

Hon. James O. Browning
October 30, 2009
Page 2

defendants. Counsel are diligently working out the conflict issues and expect to file the appropriate substitutions in the near future.

Respectfully submitted,

By: *David F. Cunningham* (signature)
David F. Cunningham
Thompson, Hickey, Cunningham,
Clow & April, P.A.
460 St. Michael's Dri., Ste. 1103
Santa Fe, NM 87505
Tel: 505-988-2900

Frank T. Herdman
The Rubin Katz Firm
P.O. Box 250
Santa Fe, NM 87504
Tel: (505) 982-1360

Attachments

cc:   Richard L. Wasserman, Esq.
      Andrew J. Currie, Esq.
      (Bankruptcy Counsel for TMST, Inc.)

      Joel I. Sher, Trustee

      All counsel of Record