LAW OFFICES

# ATKINSON, THAL & BAKER, P.C.
ALBUQUERQUE PLAZA
201 THIRD STREET NW, SUITE 1850
ALBUQUERQUE, NEW MEXICO 87102

CLIFFORD K. ATKINSON*
JOHN S. THAL*
DOUGLAS A. BAKER
MICHAEL KAEMPER
GEORGE BENJAMIN (BEN) DAVIS†
JUSTIN D. RODRIGUEZ‡
ELIZABETH LOSEE (OF COUNSEL)
W. R. LOGAN (OF COUNSEL)
   *ALSO ADMITTED TO PRACTICE IN COLORADO
   †ALSO ADMITTED TO PRACTICE IN TEXAS
   ‡ALSO ADMITTED TO PRACTICE IN ARIZONA

TELEPHONE (505) 764-8111
FACSIMILE (505) 764-8374

November 2, 2009

The Honorable James O. Browning
United States District Judge
United States District Court
333 Lomas Boulevard, Suite 660
Albuquerque, New Mexico 87102

Re:   *In re Thornburg Mortgage, Inc. Securities Litigation*, Case No. 1:07-cv-00815

Dear Judge Browning:

The Underwriter Defendants[1] have reviewed the update letter filed October 30, 2009 by the Officer and Director Defendants regarding the Thornburg bankruptcy. The Underwriter Defendants have nothing further to add regarding the status of that bankruptcy. The Underwriter Defendants do not oppose the Officer and Director Defendants' requests that the proceedings in this litigation be held in abeyance at this time.

Very truly yours,

ATKINSON, THAL & BAKER, P.C.

John S. Thal

JST:hh

---

[1] The Underwriter Defendants include: UBS Securities LLC, Bear, Stearns & Co., Inc., Friedman, Billings, Ramsey & Co., Inc., A.G. Edwards & Sons, Inc., BB&T Capital Markets, Citigroup Global Markets, Inc., Oppenheimer & Company, Inc., RBC Dain Rauscher Corp., and Stifel, Nicolaus & Company, Incorporated.