UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE THORNBURG MORTGAGE, INC. SECURITIES LITIGATION

Case No. 07-815 JB/WDS

---

**NOTICE OF JOINDER**

**DEFENDANTS JOSEPH H. BADAL, PAUL DECOFF, MICHAEL JEFFERS, OWEN LOPEZ AND STUART SHERMAN'S JOINDER TO CERTAIN D&O DEFENDANTS ' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION [DOCKET NO. 257] OF THE COURT'S JANUARY 27, 2010 MEMORANDUM OPINIONS AND ORDERS GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

Defendants Joseph H. Badal, Paul Decoff, Michael Jeffers, Owen Lopez and Stuart Sherman, through undersigned counsel, hereby join Certain D&O Defendants' Response in Opposition to Plaintiffs' Motion for Clarification of the Court's January 27, 2010 Memorandum Opinions and Orders Granting in Part and Denying in Part Defendants' Motions to Dismiss the Consolidated Amended Complaint [Docket No. 257] filed in this matter on February 18, 2010 by defendants Anderson, Ater, Cutler, Kalangis, Mullin and G. Thornburg.

Undersigned counsel for Badal, Decoff, Jeffers, Lopez and Sherman understand that, in response to plaintiffs' counsel's inquiries regarding whether defense counsel would oppose plaintiffs' proposed motion for leave to file an amended complaint, counsel for certain D&O defendants requested plaintiffs' counsel provide defense counsel with a redlined copy of the proposed amended complaint so defense counsel could review the proposed amendments to the complaint in context. Plaintiffs' counsel refused to do so. Undersigned counsel recognize that while Local Rule 15.1 requires plaintiffs to submit a copy of their proposed amended complaint

with their motion to amend, which was not done in this case, a redlined copy of the proposed amended complaint is not required. In any event, plaintiffs have not complied with the local rule.

/s/

Joseph Goldberg
David A. Freedman
David H. Urias
FREEDMAN BOYD HOLLANDER
GOLDBERG IVES & DUNCAN, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Off: 505-842-9960
Fax: 505-842-0761
jg@fbdlaw.com
daf@fbdlaw.com
dhu@fbdlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that on the 18th day of February, 2010, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

The following counsel are listed on the manual notice list and a copy of the foregoing has been mailed this 18th day of February, 2010:

Fred Taylor Isquith
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016

D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLLP
280 King of Prussia Road
Radnor, PA 19087

Joel P. Laitman
Schoengold Sporn Laitman & Lometti, PC
19 Fulton Street, Ste. 406
New York, NY 10038

Daniel B. Rahne
Schoengold Sport Laitman & Mametti, PC
19 Fulton Street, Suite 406
New York, NY 10038

Richard A. Lockridge
Lockridge Grindal Nauen & Holstein
100 Washington Avenue South
Washington Square Bldg. # 2200
Minneapolis, MN 55401

Gregory M. Nespole
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016

Rachel S. Poplock
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016

Nathan D. Prosser
Lockridge Grindal Nauen & Holstein
100 Washington Avenue South
Washington Square Bldg. # 2200
Minneapolis, MN 55401

Martin E. Restituyo
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016

Karen H. Riebel
Lockridge, Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Jay P. Saltzman
Schoengold Sport Laitman & Lometti,PC
19 Fulton Street
Suite 406
New York,NY 10038

David R. Scott
Scott & Scott, LLC
108 Norwich Avenue
Colchester, CT 06415

Arthur Shingler
Scott & Scott, LLP
600 B Street, Suite 1500
San Diego, CA 92101

Samuel P. Sporn
Schoengold Sporn Laitman & Lometti, PC
19 Fulton Street, Suite 406
New York, NY 10038

/s/____________________________
David A. Freedman